BEFORE THE SECOND DIVISION, FEBRUARY 18, 1952

**No. 56394.**—Royal Hickman Industries *v.* United States, petition 6845-R (Memphis).

Opinion by FORD, J. The president of the petitioning firm testified that the petitioner sent a check for $3,000 to its agent in Mexico in payment of 10,000 sockets; that when the merchandise was received, it was invoiced at $2,500; that petitioner did not receive a refund for the difference between $3,000 and the $2,500; and that when the merchandise arrived in this country, the witness conferred with the appraiser before making entry, made every effort to determine the true value of the merchandise, and followed the appraiser's suggestions as to the value at which to enter the merchandise. On the record presented it was held that there was no intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. (*Syndicate Trading Co.* v. *United States*, 13 Ct. Cust. Appls. 409, T. D. 41339, followed.)

**No. 56395.**—Royal Hickman Industries *v.* United States, petition 6642-R (Memphis).

Opinion by FORD, J. An examination of the official record showing that the motion of respondent was well founded, the petition was dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 18, 1952

**No. 56396.**—Swift & Company *v.* United States, petition 6813-R (New Orleans).

EKWALL, Judge: This is a petition for remission of additional duties filed under authority of section 489 of the Tariff Act of 1930 (19 U. S. C. § 1489), in which the importer is seeking to have said additional duties remitted on an importation of canned corned beef from Uruguay. The collector of customs assessed additional duties because of the fact that the final appraised value of the merchandise exceeded the value declared on entry.

The invoice covered two lots of canned corned beef, one lot listed at a price of $1.10 per dozen tins and the other listed at a unit price of $1.60 per dozen. The instant petition covers the lot invoiced, entered, and appraised by the local appraiser at $1.10 per dozen tins. At the time the merchandise was imported and entered for warehouse (October 24, 1941), the rate of duty on such merchandise under paragraph 706 of the Tariff Act of 1930 was 6 cents per pound, but not less than 20 per centum ad valorem, whichever was higher. The 6-cent per pound rate being higher, that rate governed. However, upon withdrawal from bonded warehouse on November 18, 1941, the rate of duty had been modified by the trade agreement with Argentina (T. D. 50504) to 3 cents per pound, but not less than 20 per centum ad valorem, as a result of which the 20 per centum rate was the higher. In view of this change in rate from a specific to an ad valorem rate, the importer attempted to amend its entry but the merchandise at that time had been appraised, which precluded amendment. The collector of customs, deeming the appraisement too low, appealed for reappraisement. The value found on final appraisement, based upon a stipulation of counsel, was $1.60 per dozen tins, less